

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 291ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 5th day of October, 2015, the cause on appeal to revise or reverse the judgment between

DEONTAY RASHAD PHILLIPS,
Appellant

No. 05-15-01164-CR　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-70179-U.
Opinion delivered per curiam before Justices Bridges, Francis, and Myers.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of October, 2015.

_____
LISA MATZ, Clerk